IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                          4:04CR00255-WRW

ANDREW CURTIS SMITH

FINAL ORDER OF FORFEITURE

WHEREAS, on January 26, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit:

a. One (1) MSI computer tower, serial number 156819042;

b. One (1) computer monitor, serial number 105-82003054A20;

c. One (1) Epson computer scanner;

d. One (1) computer printer;

e. One (1) Symphonic television set;

f. One (1) DVD player;

g. One (1) CD labeled "Special Collection #1".

and

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Andrew Curtis Smith had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as:

- a. One (1) MSI computer tower, serial number 156819042;
- b. One (1) computer monitor, serial number 105-82003054A20;
- c. One (1) Epson computer scanner;
- d. One (1) computer printer;
- e. One (1) Symphonic television set;
- f. One (1) DVD player;
- g. One (1) CD labeled "Special Collection #1".

are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 2253(m).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this 17th day of April, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE